ORIGINAL

**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

Court File No.: CV- 00-2632 JNE/JGL

Cheritylee Ann Stevens and David Mathew Stevens,

Plaintiff,

vs.

Brookdale Dodge, Inc.

Defendant.

**NOTICE OF MOTION AND MOTION**

**ORAL ARGUMENT REQUESTED**

TO: The above-named Plaintiffs and their attorneys of record, Thomas J. Lyons, Sr., Esq., Thomas J. Lyons & Associates, P.A., 342 East County Road D, Little Canada, MN 55117; and Thomas J. Lyons, Jr., Esq., Consumer Justice Center, P.A., 342 East County Road D, Little Canada, MN 55117:

**PLEASE TAKE NOTICE** that Defendant Brookdale Dodge, Inc., by and through its undersigned counsel, will bring on for hearing a Motion to Amend the Court's Pretrial Scheduling Order pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.3 to allow Brookdale Dodge to serve the summary judgment motion and supporting documents that are attached hereto as Exhibit 1 relative to the remaining federal claim that Plaintiffs alleged under the Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq.*, on the 29th day of June, at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jonathan Lebedoff, United States Chief Magistrate Judge of the above-named District Court, in Courtroom 9E, at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN

Said motion is based upon the attached Memorandum of Law and the Court's file, record and proceedings herein, including any additional memoranda and/or exhibits filed in accordance with



SCANNED
JUN 15 2004
U.S. DISTRICT COURT ST. PAUL

the Local Rules and Federal Rules of Civil Procedure prior to the hearing.

Dated: 6/15/04

Respectfully submitted,

**JOHNSON • PROVO-PETERSEN, LLP**

Gregory J. Johnson (#202678)
Attorneys for Defendant
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
(651) 227-2534

# JOHNSON • PROVO-PETERSEN, LLP

ATTORNEYS AT LAW

332 Minnesota Street • Suite W-975 • St. Paul, Minnesota 55101
Telephone: (651) 227-2534 • Fax: (651) 297-6226
www.johnsonpetersenlaw.com

Gregory J. Johnson
Jeannie Provo-Petersen

Klay C. Ahrens
Daniel J. Ryan
Elizabeth E. Caturia


June 15, 2004

RECEIVED
JUN 15 2004
CLERK U.S. DIST. COURT
ST.PAUL, MN.

**HAND DELIVERED**

Mr. Richard D. Sletten
Clerk of Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

| | | |
|---|---|---|
| Re: | Case Name: | Stevens v. Brookdale Dodge, Inc. |
| | Court File No.: | CV-00-2632 (JNE/JGL) |
| | Our File No.: | 10922 |

Dear Mr. Sletten:

Enclosed herewith for filing in the above-referenced matter please find the original and one (1) copy of the following for the Calendar Clerk to the Honorable Chief Magistrate Judge Jonathan Lebedoff:

1. Defendant's Notice of Motion and Motion to Amend the Court's Pretrial Scheduling Order;
2. Defendant's Memorandum of law in Support of its Motion to Amend the Pretrial Scheduling Order;
3. Exhibit 1 to Defendant's Motion to Amend the Court's Pretrial Scheduling Order; and a
4. Proposed Order. —JGL CS

By copy of this correspondence, counsel for the Plaintiffs is being served with copies of the same via personal service. The Affidavit of Service will follow under separate cover.

Should you have any questions, please do not hesitate to call.

Very truly yours,

Gregory J. Johnson

GJJ/kca
Enclosures

cc: Thomas J. yons, Jr., Esq. (*w/encl.*) (via messenger)
The Honorable Chief Magistrate Judge Jonathan Lebedoff (*w/encls.*) (one copy)(via messenger)