**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2632 JNE/JGL**

| | |
|---|---|
| Cheritylee Ann Stevens and David Matthew Stevens, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Brookdale Dodge, Inc.,<br><br>Defendant. | **AFFIDAVIT OF JOHN H. GOOLSBY** |

I, John H. Goolsby, Esq., being duly served and upon his oath, state and swear as follows:

1. That I am one of the attorneys representing Plaintiffs in the above-entitled matter. I submit this affidavit in connection with Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Amend Scheduling Order.
2. That attached hereto as Exhibit A is a true and correct copy of Letter from Thomas J. Lyons, Jr., Esq., to Gregory Johnson, Esq., (Feb. 25, 2003).
3. That attached hereto as Exhibit B is a true and correct copy of Letter from Thomas J. Lyons, Jr., Esq., to Gregory Johnson, Esq., (Mar. 4, 2003).
4. That attached hereto as Exhibit C is a true and correct copy of Letter from Gregory J. Johnson, Esq., to Clerk of Court (Aug. 7, 2003).

FURTHER YOUR AFFIANT SAYETH NOT.

s/John H. Goolsby____________________
John H. Goolsby

Subscribed and sworn before me
this 17th day of June, 2004.

s/Sue Wolsfeld___________________
Notary Public