# CJC

**CONSUMER JUSTICE CENTER, P.A.**

*342 East County Road D*
*Little Canada, Minnesota 55117*
*Telephone: (651) 770-9707*
*Facsimile: (651) 770-5830*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: cjclawdude@aol.com*

February 25, 2003

*Via Facsimile & U.S. Mail*

Mr. Gregory Johnson, Esq.
JOHNSON & VAN VLIET
332 Minnesota Street
Suite W-975
St. Paul, MN 55101

**RE: Stevens v. Brookdale Dodge, Inc.**
**Our File No.: 37052**
**Court File No.: CV 00-2632 JLE/JGL**

Dear Mr. Johnson:

I am in receipt of Defendant's Motion for Summary Judgment dated February 20, 2003. Plaintiff objects to the Motion on several grounds. First, the Motion is untimely. The June 21, 2001, Scheduling Order sets the dispositive motion deadline at May 1, 2002. And secondly the Memorandum is unexecuted and therefore in violation of Rule 11. To this end, Plaintiff will not be responding to the Motion and requests that you send correspondence confirming its withdrawal.

It was my understanding that this matter was to be set on for a final pre-trial/settlement conference. I have not however received notice from the Court. Please confirm whether or not Defendant has received any information from the Court on a conference or trial setting.

Finally, it is Plaintiffs' intention to appeal the "Polk" violation after trial on the "Estimate" claim.

Very truly yours,

Thomas J. Lyons, Jr.

TJR/aw
CC: David Stevens

EXHIBIT
A

# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*342 East County Road D*
*Little Canada, Minnesota 55117*
*Telephone: (651) 770-9707*
*Facsimile: (651) 770-5830*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: cjclawdude@aol.com*


March 4, 2003

*Via Facsimile Only*

Mr. Gregory Johnson, Esq.
JOHNSON & VAN VLIET
332 Minnesota Street
Suite W-975
St. Paul, MN 55101

**RE: Stevens v. Brookdale Dodge, Inc.**
**Our File No.: 37052**
**Court File No.: CV 00-2632 JLE/JGL**

Dear Mr. Johnson:

I have your facsimile dated March 3, 2003. Your correspondence avoided the issue raised in my letter of February 25, 2003 – specifically has Defendant received some ex-parte permission to file the Summary Judgment Motion past the dispositive motion deadline? If not then under what Rule or Order is Defendant conducting itself? Failure to either explain the legal basis for the Motion or withdraw the Motion will be seen as an intentional violation of 28 U.S.C. §1927 and force Plaintiff to seek Court assistance

Very truly yours,

Thomas J. Lyons, Jr.

TJR/aw
CC: David Stevens

EXHIBIT
B

JOHNSON • PROVO-PETERSEN, LLP

ATTORNEYS AT LAW

Gregory J. Johnson
Jeannie Provo-Petersen

332 Minnesota Street • Suite W-975 • St. Paul, Minnesota 55101
Telephone: (651) 227-2534 • Fax: (651) 297-6226
www.johnsonpetersenlaw.com

Klay C. Ahrens
Daniel J. Ryan

August 7, 2003

Clerk of Court
United States District Court
District of Minnesota
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Cheriylee Ann Stevens and David Matthew Stevens vs. Brookdale Dodge, Inc.
Court File No. CV-00-2632 JNE/JGL
Our File No. 10922

Dear Sir/Madam:

Pursuant to the Court's request, Defendant Brookdale Dodge is withdrawing its motion for summary judgment at this time. Brookdale Dodge will file a motion to extend the dispositive motion deadline such that the Court can later rule upon the remaining legal issues in the event the motion to extend is granted.

Should you have any questions, please contact our office. Thank you.

Very truly yours,

Gregory J. Johnson

GJJ/tbm

cc: Honorable Joan N. Erickson
Mr. Thomas J. Lyons, Esq.
Mr. Blake W. Duerre, Esq.

EXHIBIT
C