**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2632 JNE/JGL**

Cheritylee Ann Stevens and David Matthew Stevens, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Brookdale Dodge, Inc.,

Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2004, I caused the following documents:

- **Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Amend Scheduling Order; and**
- **Affidavit of John Goolsby with Exhibits.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Blake W Duerre -** bwduerre@arthurchapman.com
- **Gregory John Johnson -** johnson.greg@johnsonpetersenlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**None.**

Dated: June 18, 2004

s/John H. Goolsby
**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. No.: 0249646
John H. Goolsby, Esq.
Attorney I.D. No.: 0320201

342 East County Road D
Little Canada, Minnesota 55117
Telephone No.: (651) 770-9707

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons
Attorney ID # 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Attorneys for Plaintiffs