# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**CHERITYLEE ANN STEVENS and DAVID MATTHEW STEVENS, on behalf of themselves and all others similarly situated**,
Plaintiffs,
v.

**BROOKDALE DODGE, INC.,**
Defendant.

## COURT MINUTES
BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

Case No: 00-2632 (JNE/JGL)

---

**BRIAN LIESKE**,
Plaintiff,
v.

**MORRIE'S BROOKLYN PARK DAEWOO, d/b/a Morrie's Brooklyn Park Used Car & Truck Center; and TODD PERRY, individually,**
Defendants.

Case No: 00-2658 (JNE/JGL)

| | |
|---|---|
| Date: | June 29, 2004 |
| Court Reporter: | none |
| Tape Number: | number not available |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:45 a.m. |
| Time in Court: | 15 minutes |

## APPEARANCES:

Plaintiffs: Thomas Lyons, Esq., on behalf of all Plaintiffs

Defendants: Gregory Johnson, Esq., on behalf of all Defendants

Interpreter / Language: none

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Before the Court on Defendant Brookdale Dodge, Inc.'s, Motion to Amend the Court's Pretrial Scheduling Order (Doc. No. 49 in Case No. 00-CV-2632) and Defendants Morrie's Brooklyn Park Daewoo and Todd Perry's Motion to Amend the Court's Pretrial Scheduling Order (Doc. No. 64 in Case No. 00-CV-2658).

Motions taken under advisement as of: June 29, 2004

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Krisann Kleibacker
Signature of Judicial Law Clerk