**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Cheritylee Ann Stevens and David Matthew Stevens,<br><br>Plaintiffs,<br><br>v.<br><br>Brookdale Dodge, Inc.,<br><br>Defendant. | Civil File No. 00-2632 (JNE/JGL)<br><br>**CONSOLIDATED NOTICE OF APPEAL OF CHIEF MAGISTRATE JUDGE JONATHAN LEBEDOFF'S ORDER DATED 6/29/04 PURSUANT TO FED.R.CIV.P. 72(a) AND LOCAL RULE 72.1(b)(2)** |
| Brian Lieske,<br><br>Plaintiff,<br><br>v.<br><br>Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center, and Todd Perry, individually,<br><br>Defendants. | Civil File No. 002-658 (JNE/JGL) |

TO: The above-named Plaintiffs, respectively, and their respective counsel of record, Thomas J. Lyons, Jr., Esq., CONSUMER JUSTICE CENTER, P.A., 342 East County Road D, Little Canada, MN 55117:

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.1(b)(2), Defendants Brookdale Dodge, Inc. and Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center hereby object to the Honorable Chief Magistrate Judge Jonathan Lebedoff's Order dated June 29, 2004, denying Defendants' respective Motions to Amend the

Court's Pretrial Scheduling Order pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.3.[1]

Defendants satisfy the requisite substantive "good cause" and "procedural extraordinary circumstances" to amend the Court's respective Pretrial Scheduling Orders to allow Defendants to serve and file dispositive motions. Chief Magistrate Judge Lebedoff's rulings were clearly erroneous and contrary to law, and the basis for Defendants' objections are set forth in their consolidated Memorandum of Law filed concurrently herewith.

Respectfully submitted,

Dated this 2nd day of July, 2004.

**JOHNSON • PROVO-PETERSEN, LLP**

By: s/ Gregory J. Johnson
Gregory J. Johnson, Attorney Bar No. 202678
Klay C. Ahrens, Attorney Bar No. 236913
Attorneys for Defendants
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
Telephone: (651) 227-2534
Facsimile: (651) 297-6226

[1]Upon request by all parties, Chief Magistrate Judge Lebedoff agreed to hear Defendants' respective Motions at the same time and to issue a consolidated Order, as the counsel, presiding Judge of District Court, and pending issues were identical in both Motions. While the above-captioned matters were argued at the same hearing and a consolidated Order issued, the cases are not otherwise consolidated. (*See* Chief Magistrate Judge Lebedoff's Order dated June 29, 2004 at p. 2 and n.1.)