**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

Court File No: 00-CV-2632 JNE-JGL

Cheritylee Ann Stevens and David Matthew Stevens on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Brookdale Dodge, Inc.,

Defendant.

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: Plaintiffs above named and their attorneys, Thomas Lyons, Jr., Consumer Justice Center, 342 East County Road D, Little Canada, MN 55117; Clerk of Court, United States District Court, 316 North Robert Street, St. Paul, MN 55101:

PLEASE TAKE NOTICE that Blake W. Duerre, Arthur, Chapman, Kettering, Smetak & Pikala, P.A., 500 Young Quinlan Building, 81 South Ninth Street, Minneapolis, MN 55345 hereby gives notice that he is withdrawing as co-counsel for Brookdale Dodge, Inc. in the above-captioned matter.

Gregory J. Johnson, JOHNSON • PROVO-PETERSON, LLP, 332 Minnesota Street, First National Bank Building, Suite West 975, St. Paul, Minnesota 55101, will continue to represent and serve as counsel for Defendant Brookdale Dodge, Inc. in the above-captioned matter.

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: 7/16/2004

Blake W. Duerre (#171293)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

SCANNED
JUL 21 2004
U.S. DISTRICT COURT ST. PAUL

Dated: 7/19/04

JOHNSON • PROVO-PETERSON, LLP

Gregory J. Johnson (#202678)
First National Bank Building, Suite West 975
332 Minnesota Street
St. Paul, MN 55101
Phone: 651-227-2534

*Attorneys for Defendant* Brookdale Dodge, Inc.

**JOHNSON • PROVO-PETERSEN, LLP**

ATTORNEYS AT LAW

332 Minnesota Street • Suite W-975 • St. Paul, Minnesota 55101
Telephone: (651) 227-2534 • Fax: (651) 297-6226
www.johnsonpetersenlaw.com

Gregory J. Johnson
Jeannie Provo-Petersen

Klay C. Ahrens
Elizabeth E. Caturia

RECEIVED
BY MAIL
JUL 2 1 2004
CLERK, US DIST. COURT
ST. PAUL, MN

July 20, 2004

Mr. Richard D. Sletten
Clerk of Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Case Name: Stevens v. Brookdale Dodge, Inc.
Court File No.: CV-00-2632 (JNE/JGL)
Our File No.: 10922

Dear Mr. Sletten:

Enclosed herewith for filing in the above-referenced matter please find the executed original Notice of Withdrawal of Counsel withdrawing Blake W. Duerre as co-counsel for Defendant Brookdale Dodge, Inc. in this matter. Johnson • Provo-Petersen will continue to represent Defendant Brookdale Dodge, Inc.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Gregory J. Johnson

/kak
Enclosure
cc: Thomas J. Lyons, Jr., Esq. (*w/encl.*)
Blake W. Duerre, Esq. (*w/encl.*)