UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cheritylee Ann Stevens and
David Matthew Stevens,

Plaintiffs,

v.

Civ. No. 00-2632 (JNE/JGL)
ORDER

Brookdale Dodge, Inc.,

Defendant.

This case is before the Court on Brookdale Dodge, Inc.'s appeal from an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on June 29, 2004. Having reviewed the record, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. Brookdale Dodge's appeal [Docket No. 61] is DENIED.

2. The Magistrate Judge's June 29, 2004, Order [Docket No. 59] is AFFIRMED.

Dated: August 9, 2004

S/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge