# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*342 East County Road D*
*Little Canada, Minnesota 55117*
*Telephone: (651) 770-9707*
*Facsimile: (651) 770-5830*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: Tommycjc@aol.com*


August 18, 2004

Chief Magistrate Judge Jonathan G. Lebedoff
United States District Court
U.S. Courthouse, Suite 9E
300 South Fourth Street
Minneapolis, MN 55415

**RE: Stevens v. Brookdale Dodge, Inc.**
**Our File No.: 37052**
**Court File No.: CV 00-2632 JLE/JGL**

Dear Your Honor:

This letter is to confirm that the settlement conference scheduled for September 14, 2004, has been moved to October 20, 2004 at 1:45 p.m.

Please call with any questions. Thank you.

Yours truly,

s/Thomas J. Lyons, Jr.

Thomas J. Lyons, Jr.

TJR/aw
Cc: Clerk of Court
Gregory J. Johnson, Esq.