# C J C

**CONSUMER JUSTICE CENTER, P.A.**

*342 East County Road D*
*Little Canada, Minnesota 55117*
*Telephone: (651) 770-9707*
*Facsimile: (651) 770-5830*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: Tommycjc@aol.com*

October 18, 2004

Clerk of Court
United States District Court
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

**RE: Stevens v. Brookdale Dodge, Inc.**
**Our File No.: 37052**
**Court File No.: CV 00-2632 JEL/JGL**

Dear Sir/Madam:

This letter is to advise you that the above-referenced matter has been settled between the parties. The parties will seasonably file a Stipulation of Dismissal and Order of Dismissal in this case.

Call with any questions. Thank you.

Very truly yours,

s/Thomas J. Lyons, Jr.

Thomas J. Lyons, Jr.

TJR:aw
Cc: Klay C. Ahrens, Esq. – Via ECF