UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2632 (JNE/JGL)

CHERITYLEE ANN STEVENS, et al.,

Plaintiffs,

v.

**NOTICE OF CANCELLATION OF SETTLEMENT CONFERENCE**

BROOKDALE DODGE INC.,

Defendant.

Pursuant to Mr. Lyons' letter, dated October 18, 2004, advising that the above-captioned matter has been settled, the settlement conference scheduled before the undersigned has been stricken from this Court's calendar.

Dated: October 18, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge